USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
INRE

AXONYX SECURITIES LITIGATION

-----------------------------------------------------------X

05 **CIVIL** 2307 (TPG)
**JUDGMENT**

Defendants having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on March 27, 2009, having rendered its Opinion granting defendants' motion to dismiss in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 27, 2009, defendants' motion to dismiss is granted in its entirety.

**Dated:** New York, New York
March 31, 2009

J. MICHAEL McMAHON

Clerk of Court

BY: _____

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____